UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

                      Plaintiff,

v.

                      Defendant.

_____

**CASE MANAGEMENT ORDER**

**-CV-  MAV**

Pursuant to the order of Hon. Meredith A. Vacca referring the above case to me for pretrial procedures and the entry of a scheduling order as provided in Fed. R. Civ. P. ("Rule") 16(b) and Local Rule 16, it is ORDERED that:

1.     In accordance with Section 2.1A of the Plan for Alternative Dispute Resolution,[1] this case has been referred to mediation.

2.     Motions to opt out of ADR shall be filed by no later than _____.

3.     Compliance with the mandatory disclosure requirements found in Rule 26(a)(1) will be accomplished by no later than _____.

---

[1]    A copy of the ADR Plan, a list of ADR Neutrals, and related forms and documents can be found at http://www.nywd.uscourts.gov or obtained from the Clerk's Office.

4.      The parties shall confer and select a Mediator, confirm the Mediator's availability, ensure that the Mediator does not have a conflict with any of the parties in the case, identify a date and time for the initial mediation session, and file a stipulation confirming their selection on the form provided by the Court by no later than _____.

5.      All motions or stipulations to join other parties and to amend or supplement the pleadings shall be filed by no later than _____.

6.      The initial mediation session shall be held by no later than _____.   The continuation of mediation sessions shall not delay or defer other dates set forth in this Case Management Order.

7.      All fact depositions shall be completed no later than _____.

8.      Plaintiff shall identify any expert witnesses who may be used at trial and provide reports pursuant to Fed. R. Civ. P. 26(a)(2)(B) no later than _____. Defendant shall identify any expert witnesses who may be used at trial and provide reports pursuant to Fed. R. Civ. P. 26(a)(2)(B) no later than _____.

9.      All expert depositions shall be completed no later than _____.

10.    All discovery in this case shall be completed no later than

_____.

11.    Dispositive motions shall be filed by all parties no later than

_____.    *See generally* Local Rule 7.1(c); 56.

12.    Mediation session may continue, in accordance with Section 5.11

of the ADR Plan, until _____.    The continuation of mediation sessions shall not

delay or defer other dates set forth in this Case Management Order.

13.    Modification or extension of the dates set forth in this Case

Management Order are strongly discouraged.    Extensions will only be considered for

meritorious reasons.

14.    Sanctions: Counsel's attention is directed to Fed.R.Civ.P. 16(f)

calling for sanctions in the event of failure to comply with any direction of this Court.

**SO ORDERED.**

DATED:    Buffalo, New York

_____
**H. KENNETH SCHROEDER, JR.**
**United States Magistrate Judge**